IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

FREDERICK JOHNSON
also known as
Popino,

  Defendant.

CRIMINAL FILE NO.
1:16-CR-145-19-TWT

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1167] of the Magistrate Judge recommending that the Defendant's Motion for Disclosure of Confidential Informants [Doc. 907] and Motion to Sever [Doc. 908] be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Disclosure of Confidential Informants [Doc. 907] and Motion to Sever [Doc. 908] are DENIED.

SO ORDERED, this 15 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge